### HILLYER AND WIFE *against* LARZELERE.

In an action THIS was an action of *dower.* A judgment by default having
of *dower*, if
the tenant be been obtained against the *tenant*, who was an *infant* under the
an *infant*, he
must appear age of 10 years,
and defend by
guardian. *Metcalf*, for the tenant, moved that the default and subsequent
1

proceedings be set aside for irregularity, that a guardian *ad litem* be appointed for the tenant, and that he have leave to plead *tout temps prist,* &c.

NEW YORK,
May, 1812.

STRONG
v.
WHITE.

*P. W. Radcliff,* contra, objected that in a real action it was not necessary to appoint a guardian, and that the proceedings were regular.

*Per Curiam.* Let the default and subsequent proceedings be set aside, and a guardian *ad litem* be appointed, who may plead *tout temps prist,* &c.

Motion granted.